**PERRY & SHAPIRO, L.L.P.**
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for JPMorgan Chase Bank, N.A.
[FILE 09-017026 CHE]

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Case # 2:09-bk-19028-GBN |
| MICHAEL WEINBERG, | Chapter 13 |
| Debtor. | **NOTICE OF APPEARANCE** and Request for Notice |

Notice is hereby given that the law firm of Perry & Shapiro, L.L.P. makes an appearance as the attorneys of record for JPMorgan Chase Bank, N.A.. Request is hereby made for the following information to be added to the master mailing list, and that a copy of any notice in this case be sent to:

| | |
|---|---|
| File 09-017026 CHE | Chase Home Finance, LLC |
| Perry & Shapiro, L.L.P. | Loan # 1820377905 |
| 3300 N. Central Avenue, #2200 | Attn: Dept PP-G7 |
| Phoenix, Arizona 85012 | P.O. Box 182106 |
| | Columbus, OH 43218-2106 |

DATED this 21st day of September, 2009.

Perry & Shapiro, L.L.P.

/s/ JPS BAR #019999
Christopher R. Perry
Jason P. Sherman
Attorney for JPMorgan Chase Bank, N.A.

Original filed this 22nd day of September, 2009 with:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed this 22nd day of September, 2009 to:

Chapter 13 Trustee:
Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ 85012

Attorney for Debtor:
HAMID JABBAR
4310 N. 75TH ST
Scottsdale, AZ 85251

Debtor:
Michael Weinberg
7602 East Sands Drive
Scottsdale, AZ 85255

By /s/ Heather Mitchell